# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-426 |
| v. | Calendar Committee |
| GREGG D. TAYLOR,<br>    Defendant. | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the indictment in the above-styled case without prejudice.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

BY:          /s/
    JESSIE K. LIU
    Assistant United States Attorney
    D.C. Bar No. 472845
    555 Fourth Street, N.W., Room 4649
    Washington, D.C. 20530
    (202) 514-7549