**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-426 |
| v. | Calendar Committee |
| GREGG D. TAYLOR,<br>        Defendant. | |

## ORDER

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of August, 2006, that the indictment in the above-styled case be dismissed without prejudice.

_____
THOMAS F. HOGAN
Chief Judge
United States District Court
    for the District of Columbia