UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 05-426** |
| | **:** | |
| v. | **:** | |
| | **:** | |
| **GREGG D. TAYLOR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Anthony Alexis, at telephone number (202) 514-9416 and/or email address Anthony.M.Alexis@usdoj.gov . Anthony Alexis will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
**ANTHONY ALEXIS**
Assistant United States Attorney
**FEDERAL MAJOR CRIMES SECTION**,
Bar No. **DC 384-545**
555 4th Street, NW, Room **4826**
Washington, DC 20530
**(202) 514-9416**
**ANTHONY.M.ALEXIS@USDOJ.GOV**

Case 1:05-cr-00426-RJL    Document 3    Filed 10/02/2006    Page 2 of 2