UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-426 (RJL) |
| | ) | |
| GREGG D. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having considered the Government's Motion to Dismiss and upon finding it appropriate to do so, it is **ORDERED** this 17th day of November, 2006, that the Indictment in the above-styled case be dismissed without prejudice.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

